The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-325 JLR |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL |
| HARMINDER SINGH JAT, | |
| Defendant. | |

Upon motion by the United States of America, requesting the dismissal without prejudice of Defendant, Harminder Singh Jat, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Indictment in the above-entitled cause is DISMISSED WITHOUT PREJUDICE.

//
//
//
//

ORDER OF DISMISSAL - 1
HARMINDER SINGH JAT / CR10-325 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

Dated this 19th day of June 2017.

JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Donald M. Reno*
DONALD M. RENO
Assistant United States Attorney

ORDER OF DISMISSAL - 2
HARMINDER SINGH JAT / CR10-325 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970